FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 DEC -2 PM 12:02

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CERTUSBANK, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FCB FINANCIAL CORP., d/b/a ) <br> First Chatham Bank, and MARIA ) <br> CONTRERAS-SWEET, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV415-267 |

## O R D E R

Before the Court is Plaintiff CertusBank, N.A.'s Notice of Dismissal With Prejudice. (Doc. 19.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because neither Defendant has filed either an answer or a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of December 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA